IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TOM HARDISTY,** | 06-CV-1670-BR |
| **Plaintiff,** | **JUDGMENT OF REMAND** |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner, Social Security**<br>**Administration,** | |
| **Defendant.** | |

Based on the Court's Opinion and Order issued November 29, 2007 (#14), **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

DATED this 3rd day of January, 2008.

/s/ Anna J. Brown
ANNA J. BROWN
United States District Judge